WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
DOLORES OSTERHOUDT, ESQ. (SBN 215537)
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

Attorneys for Defendant
JASWINDER SINGH SEKHON

**FILED**

JUL 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JASWINDER SINGH SEKHON, et al.  )<br>  )<br>Defendant.  )<br>_____ ) | NO. CR-05-00309 MJJ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING SCHEDULING OF DEFENDANT SEKHON'S MOTION TO SUPPRESS |

IT APPEARING that Defendant Jaswinder Sekhon has filed a Motion to Suppress Evidence related to this prosecution, it is hereby stipulated and agreed by the United States of America, Plaintiff, and Jaswinder Sekhon, Defendant, that the aforesaid motion to suppress may be briefed and heard on the following schedule:

| | |
|---|---|
| July 14, 2005: | Government's response pleading shall be filed and served. |
| July 21, 2005: | Defendant's reply shall be filed and served. |
| July 28, 2005: | Hearing on Motion to Suppress shall be held at 2:00 p.m. |

1

The parties so stipulate.

I HEREBY ATTEST THAT I HAVE ON FILE ALL HOLOGRAPH SIGNATURES FOR ANY SIGNATURES INDICATED BY A "CONFORMED" SIGNATURE (/S/) WITHIN THIS EFILED DOCUMENT.

Date: July 1, 2005

/s/
WILLIAM L. OSTERHOUDT
Attorney for Defendant

Date: July 1, 2005

/s/
STEPHEN CORRIGAN
Assistant United States Attorney

IT IS SO ORDERED.

Date: 7/5/2005

HONORABLE MARTIN JENKINS
United States District Judge

2