**FILED**

SEP 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-05-00309 MJJ |
| Plaintiff, | ) | |
| | ) | Recommendation |
| vs. | ) | [PROPOSED] ORDER FOR |
| | ) | TRANSFER OF INMATE |
| JASWINDER SINGH SEKHON, et al. | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING ~~it is hereby ordered~~ the Court recommends, consistent with the institutional requirements of the U.S. Marshall, Defendant Sekhon be transferred from Glen Dire County Jail in Oakland to the federal detention facility at Dublin, CA.

IT IS SO ORDERED.

Date: 9/20/2005

_____
HONORABLE MARTIN JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

         Plaintiff,

v.

Sekhon et al,

         Defendant.
_____/

Case Number: CR05-00309 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen George Corrigan
U.S. Attorney's Office
1301 Clay St. Room 340S
Oakland, CA 94612

William L. Osterhoudt
Law Office of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117

Dated: September 21, 2005

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk